UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  NO. 05-80955

  v.

                                  HON. AVERN COHN

D-8  BRIAN RONELL GARETT,
D-19   BENJAMIN H. SMITH,

       Defendant.
_____/

## AMENDED ORDER PERMITTING CERTAIN FIREARMS TO BE BROUGHT INTO COURTHOUSE FOR USE AS TRIAL EXHIBITS

This matter coming before the Court on the government's motion, for the reasons stated in the motion and pursuant to local Administrative Order 95-079, it is hereby ordered that beginning November 27, 2007, all Deputy U.S. Marshals and Court Security Officers shall permit the case agent Joseph Boley of the DEA in this case, and any other special agent acting under the case agent's supervision, to bring into the Theodore Levin U.S. Courthouse the following firearms:

| Exhibit No: | Exhibit: |
|---|---|
| 528 | One .40 caliber Glock handgun |
| 529 | One nine round loaded .40 caliber clip |
| 530 | One H&K Smith & Wesson semi-automatic handgun |
| 531 | Ammunition- .40 caliber and two magazines with .40 caliber bullets |
| 576 | One Smith & Wesson .40 caliber semi-automatic handgun |

| | |
|---|---|
| 577 | One Smith & Wesson .357 caliber handgun |
| 578 | One .22 caliber Derringer handgun |
| 579 | Ammunition- .357, .40 and .22 caliber |
| 613 | One (1) "Action Arms" .9 mm handgun with magazine |
| 614 | Ten(10) handgun magazine clips |
| 615 | One Springfield Armory . 45 caliber pistol |
| 616 | One Sig Sauer model P229. 40 caliber handgun |
| 617 | Ammunition- 9mm lugar, .45 caliber automatic and .40 caliber |
| 684 | One(1) Jennings 9mm semi-automatic handgun (DEA to find) |
| 685 | One(1) Glock 9mm semi- automatic handgun (DEA to find) |
| 769 | One Glock Model 27 .40 caliber magazine and one blue key |
| 794 | One Lorcin Model L25 .25 caliber semi-automatic handgun |
| 795 | One Mossberg 12 gauge shotgun (DEA to find) |
| 801 | One Mossberg 12 gauge shotgun |
| 802 | Ten Remington 12 gauge shotgun shells |
| 803 | One .40 caliber Firestar handgun |
| 804 | One .40 caliber magazine with ten rounds |

It is also ordered that the firearms shall be handled in accordance with Administrative Order 95-079, which provides in relevant part:

2. Upon arriving at the courthouse, the case agents bringing with them firearms to be admitted as exhibits in a scheduled trial will announce their intentions and present this court order to the Court Security Officers at the security screening posts.

3. Once notified, the Court Security Officer will escort the case

agents, along with the firearms, into the Marshals Service office where the firearms will be inspected and secured by Supervisory Deputy United States Marshals.

4. Once the firearms are determined to be safe, the Court Security Officer and the case agents will transport the firearms to the designated courtroom where the case agents will be responsible for the security of the firearms. For the duration of the trial, it will be the responsibility of the case agents to coordinate with the Marshals Service to facilitate the transport of the firearms by the case agents to and from the appropriate courtroom. During trial, the case agents will be responsible for the security of the firearms.

5. Once the trial is completed, this court order will expire and the firearms will be removed from the courthouse by the DEA.

It is also ordered that the firearms may be stored with the DEA overnight and during other breaks in the trial.

        s/Avern Cohn
        AVERN COHN
        United States District Judge

Entered: November 27, 2007