UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 05-80955

v.                                          HONORABLE AVERN COHN

D-8, BRIAN RONNELL GARRETT,

        Defendants,
_____/

## ORDER DENYING MOTION FOR NEW TRIAL

On December 07, 2007, defendant was found guilty of conspiracy to commit money laundering, 18 USC §1956, by a jury. Now before the Court is defendant's Motion For New Trial And Renewed Motion For Judgment Of Acquittal. Essentially defendant says there was insufficient evidence at trial to support the jury's verdict. Defendant is wrong; there was sufficient evidence at trial to sustain the jury's verdict. The motion is DENIED.

No extended discussion of the evidence at trial is necessary. The government's response to defendant's motions describes the evidence very well:

> At trial the government presented evidence that defendant transported cocaine proceeds for a large scale drug organization co-led by two brothers, Terry Flenory and Demetrius Flenory. This organization called itself the Black Mafia Family ("BMF"). The government presented evidence which included the testimony of cooperating co-defendants Arnold Boyd, Charles Parson, Eric Bivens and Bruce Martin. These witnesses testified from their personal knowledge that defendant Garrett drove drug proceeds on behalf of BMF. Further, the evidence included an incident in Texas where the defendant was arrested after a vehicle in which he was a passenger, was stopped, searched and found to contain $723,000.00 concealed in secret compartments. Both the defendant and the driver, Kim Williams made contradictory

statements to the arresting officer concerning their destination. Defendant Garrett stated that he was going to visit relatives in Sherman Oaks, California but could not or would not name those relatives. Evidence was also presented which showed that Terry Flenory had a residence in Sherman Oaks. Additionally, several drug ledgers were introduced which contained notations relating to payments to "White Boy" (defendant Garrett's nickname) and "Kim." There was direct testimony from co-conspirators that these ledgers referred to payments made to Garrett for driving drug proceeds across the country. Lastly, evidence was produced showing that Garrett was seen in several locations across the country which were used by BMF to store drugs and money.

This evidence taken in a light most favorable to the government was sufficient for the jury to find defendant guilty.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 10, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 10, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160